IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 6:19CR936 |
|---|---|---|
| | ) | 18 U.S.C. § 2261A(2)(B) |
| vs. | ) | |
| | ) | |
| KARL J. SCHUETTERLE | ) | INDICTMENT |

THE GRAND JURY CHARGES:

That beginning in or about March 2017, the exact date being unknown to the Grand Jury, and continuing through on or about December 28, 2018, in the District of South Carolina and elsewhere, the defendant, KARL J. SCHUETTERLE, with the intent to harass and intimidate a person, whose initials are "A.C.," used the mail, an interactive computer service, electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, and would be reasonably expected to cause, substantial emotional distress to "A.C."

In violation of Title 18, United States Code, Section 2261A(2)(B).

A **TRUE** Bill

REDACTED
FOREPERSON

SHERRI A. LYDON    (WJW/jal)
UNITED STATES ATTORNEY